## UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JAMES GEORGE DOURIS** | : | |
| | : | **CIVIL ACTION NO.** |
| **Plaintiff,** | : | **03-CV-3076** |
| | : | |
| **v.** | : | |
| | : | |
| **GENUARDI'S FAMILY MARKETS** | : | |
| | : | |
| **Defendant.** | : | |

### DEFENDANT'S ANSWER AND OPPOSITION TO MOTION
### TO INCLUDE THE ACT OF DISCRIMINATION UNDER THE
### ROBINSON-PATMAN ACT, TITLE 15 U.S.C. SECTION 13

Defendant Genuardi's Family Markets ("Genuardi's") hereby answers and opposes

Douris' Motion to Include the Act of Discrimination Under the Robinson-Patman Act, in

accordance with the numbered paragraphs thereof, as follows:

1.  Genuardi's is without knowledge or information sufficient to form a belief as to

the truth of the averments of paragraph 1.  As such, they are denied.

2.  The averments of paragraph 2 state conclusions of law to which no response is

required.  To the extent a response is deemed necessary, the averments of paragraph 2 are

denied.

3.  Genuardi's is without knowledge or information sufficient to form a belief as to

the truth of the averments of paragraph 3.  As such, they are denied.

4.  Genuardi's is without knowledge or information sufficient to form a belief as to

the truth of the averments of paragraph 4.  As such, they are denied.

5.      The averments of paragraph 5 state conclusions of law to which no response is required.  To the extent a response is deemed necessary, the averments of paragraph 5 are denied.

6.      The averments of paragraph 6 state conclusions of law to which no response is required.  To the extent a response is deemed necessary, the averments of paragraph 6 are denied.

7.      The averments of paragraph 7 state conclusions of law to which no response is required.  To the extent a response is deemed necessary, the averments of paragraph 7 are denied.

8.      The averments of paragraph 8 state conclusions of law to which no response is required.  To the extent a response is deemed necessary, the averments of paragraph 8 are denied.

9.      The averments of paragraph 9 state conclusions of law to which no response is required.  To the extent a response is deemed necessary, the averments of paragraph 9 are denied.

10.      The averments of paragraph 10 state conclusions of law to which no response is required.  To the extent a response is deemed necessary, the averments of paragraph 10 are denied.

11.      The averments of paragraph 11 state conclusions of law to which no response is required.  To the extent a response is deemed necessary, the averments of paragraph 11 are denied.

12.     The averments of paragraph 12 state conclusions of law to which no response is required.  To the extent a response is deemed necessary, the averments of paragraph 12 are denied.

13.     The averments of paragraph 13 state conclusions of law to which no response is required.  To the extent a response is deemed necessary, the averments of paragraph 13 are denied.

14.     Denied.

WHEREFORE, Defendant Genuardi's Family Markets respectfully requests that this Court deny the Motion of Plaintiff James George Douris as it is wholly devoid of merit.


Dated:  November 14, 2003                    Respectfully submitted,

_____
Kristine Grady Derewicz
Attorney I.D. No. 60548
Erika B. Fisher
Attorney I.D. No. 87949
Littler Mendelson, P.C.
Three Parkway, Suite 1400
1601 Cherry Street
Philadelphia, PA 19103
(267) 402-3003

Attorneys for Defendant

## <u>CERTIFICATE OF SERVICE</u>

I, Erika B. Fisher, hereby certify I caused a copy of the foregoing Opposition to Motion to Include the Act of Discrimination Under the Robinson-Patman Act and Memorandum of Law in Support Thereof, to be on served this date, via first class mail, upon:

James George Douris
728 Tower View Drive
Newtown, PA 18940

_____
Erika B. Fisher

Dated:  November 14, 2003